

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OFELIA VILLALOBOS, INDIV. & AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CESAR VERA, & ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES & DIANA SERRANO AS NEXT FRIEND OF JULIA ARALE VERA, | § § § § § | No. 08-14-00189-CV<br><br>Appeal from the |
| Appellants, | § | County Court at Law No. 6 |
| V. | § | of El Paso County, Texas |
| | § | (TC# 2013-DCV4428) |
| EL PASO HEALTHCARE SYSTEM, LTD. D/B/A DEL SOL MEDICAL CENTER AND CARLO MAJID HATEM, M.D., | § § | |
| Appellees. | § § | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion filed by Appellants to dismiss their appeal as to Appellee, Carlo Majid Hatem, M.D. only. *See* TEX.R.APP.P. 42.1. We grant the motion and dismiss the appeal as to Appellee Carlo Majid Hatem **ONLY**.

August 26, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.